# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN HURTADO COMACHO,** | : |
|    Petitioner, | : |
| | :   No. 1:20-cv-1481 |
| v. | : |
| | :   (Judge Rambo) |
| **H. QUAY,** | : |
|    Respondent | : |

## ORDER

**AND NOW**, on this 3rd day of December 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge
